UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

KEISHA MULFORT,

    Plaintiff,

v.                                        Case No. 6:24-cv-1118-JSS-EJK

STATE OF FLORIDA, OFFICE
OF THE STATE ATTORNEY FOR THE
NINTH JUDICIAL CIRCUIT,
and ANDREW A. BAIN, in his
official capacity as State Attorney

    Defendants.
_____/

## NOTICE OF APPEARANCE OF COUNSEL

Notice is hereby provided that undersigned counsel enters his appearance as co-counsel of record for Defendants, OFFICE OF THE STATE ATTORNEY FOR THE NINTH JUDICIAL CIRCUIT and ANDREW A. BAIN. Counsel requests that he be served with all future pleadings and correspondence in this cause at the address listed below.

                                            Respectfully submitted,

                                            ASHLEY MOODY
                                            ATTORNEY GENERAL

                                            */s/ Robert E. Gregg*
                                            Robert E. Gregg
                                            Employment Law Manager
                                            Florida Bar No. 577431
                                            Office of the Attorney General

    The Capitol - Suite PL-01
    Tallahassee, FL 32399-1050
    (850) 414-3300
    Robert.Gregg@myfloridalegal.com
    Isabelle.Kalms@myfloridalegal.com

    Co-Counsel for Defendant

## **CERTIFICATE OF SERVICE**

 I HEREBY CERTIFY that a true and correct copy of the foregoing was filed with the Court's CM/ECF system, and thereby was served upon Plaintiff's Counsel via email on this 4th day of Septem 2024.

    *Robert E. Gregg*
    Attorney

2