UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

KEISHA MULFORT,

    Plaintiff,

v.

                                    Case No: 6:24-cv-1118-JSS-EJK

STATE OF FLORIDA - OFFICE
OF THE STATE ATTORNEY FOR
THE NINTH JUDICIAL CIRCUIT
and ANDREW A. BAIN,

    Defendants.
_____/

## DEFENDANTS' INITIAL DISCLOSURES

Defendants, STATE OF FLORIDA OFFICE OF THE STATE ATTORNEY FOR THE NINTH JUDICIAL CIRCUIT and ANDREW A. BAIN (collectively, "Defendants"), through undersigned counsel make the following disclosures to Plaintiff KEISHA MULFORT's ("Plaintiff") pursuant to Fed.R.Civ.P. 26(a)(1) based on the information and documents reasonably available to them at this time. Defendants reserve all rights to amend and supplement these disclosures pursuant to Fed. R. Civ. P. 26(e).

    (i) The following persons are likely to have discoverable information that support Defendants' defenses and that Defendants may use to support their defenses. Current or former employees of the Office of the State Attorney for the Ninth District whose addresses and phone numbers are protected from disclosure may be reached through the Office of the Attorney General, c/o Christopher Hunt at: PL-01, The Capitol, Tallahassee FL 32399):

1

- Defendant Andrew Bain: Information regarding employment decisions made upon his appointment as State Attorney for the Ninth Judicial Circuit upon the suspension of State Attorney Monique Worrell on August 9, 2023, specifically the termination of Plaintiff's employment as Chief of Staff and Director of Public Affairs for the State Attorney's Office.

- Chief Assistant State Attorney Ryan Williams: Information regarding employment decisions made upon appointment of Andrew Bain as State Attorney for the Ninth Judicial Circuit upon the suspension of State Attorney Monique Worrell on August 9, 2023, specifically the termination of Plaintiff's employment as Chief of Staff and Director of Public Affairs for the State Attorney's Office.

- Human Resources Director Tamra Crane: Communication with Plaintiff regarding available leave, periods of leave time, request for additional leave, Plaintiff's communications regarding medical condition after beginning of leave, general termination procedure for Plaintiff and four other employees on August 9, 2023.

(ii) Copies of documents being sent with these disclosures or already provided include:

- Termination notices to Plaintiff, Sara Dyehouse, Shana Manuel, Ginger Miranda, and Alfredo Zamora served on of August 9 and 10, 2023.

(iii) Defendants are not claiming damages, and therefore have no documents or other evidentiary material to disclose regarding any categories of damages.

(iv) No insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment.

Respectfully submitted,

**ASHLEY MOODY**
ATTORNEY GENERAL

/s/ Christopher Hunt
Christopher Hunt
Assistant Attorney General
Florida Bar No.: 0832601
Office of the Attorney General
The Capitol, PL-01
Tallahassee, Florida 32399-1050
Telephone: (850) 414-3300
Facsimile: (850) 488-4872
Christopher.Hunt@myfloridalegal.com
Attorneys for Defendant

/s/ Robert E. Gregg
Robert E. Gregg (FBN 577431)
Employment Law Manager
Office of the Attorney General
General Civil North
The Capitol, PL-01
Tallahassee, FL 32399-1050
Office: (850) 414-3300
Robert.Gregg@myfloridalegal.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed with the Court's CM/ECF system, and thereby was served upon Plaintiff's Counsel via email on October 4, 2024.

s/Christopher Hunt
Attorney