UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**KEISHA MULFORT,**

    **Plaintiff,**

v.                                     CASE NO.: 6:24-cv-1118-JSS-EJK

**STATE OF FLORIDA –
OFFICE OF THE STATE
ATTORNEY FOR THE
NINTH JUDICIAL CIRCUIT,
and ANDREW A. BAIN,
in his official capacity
as State Attorney,**

    **Defendants.**
_____/

## NOTICE OF MEDIATION

Plaintiff, KEISHA MULFORT, hereby notifies the Court that mediation has been scheduled with **R. SCOTT CALLEN**, certified mediator at The Kullman Firm at 2915 Kerry Forest Parkway, Suite 101, Tallahassee, Florida 32309, Telephone Number 850-296-1953, to be held on **June 3, 2025, at 10:00 a.m.** via Zoom.

Dated this 14th day of November, 2024.

                              Respectfully submitted,

                              */s/ Luis A. Cabassa*

                              **LUIS A. CABASSA**
                              Florida Bar Number: 0053643
                              **HANNAH E. HORR**
                              Florida Bar Number: 116011
                              **WENZEL FENTON CABASSA, P.A.**
                              1110 N. Florida Avenue, Suite 300
                              Tampa, Florida 33602
                              Main Number: 813-224-0431
                              Direct Dial: 813 379-2565
                              Facsimile: 813-229-8712
                              Email: lcabassa@wfclaw.com
                              Email: gdesane@wfclaw.com
                              **Attorneys for Plaintiff**

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 14th day November, 2024, the foregoing was electronically filed using the CM/ECF system, which will send a notice of electronic filing to the following parties.

Christopher R. Hunt, Esq.
Robert E. Gregg, Esq.
Office of the Attorney General
The Capitol - Suite PL-01
Tallahassee, FL  32399
Email: christopher.hunt@myfloridalegal.com
Email: robert.gregg@myfloridalegal.com
Email: isabelle.kalms@myfloridalegal.com
Email: titus.thomas@myfloridalegal.com

_____
**LUIS A. CABASSA**