UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

KEISHA MULFORT,

    Plaintiff,

v.                              Case No. 6:24-cv-1118-JSS-EJK

STATE OF FLORIDA, OFFICE
OF THE STATE ATTORNEY FOR THE
NINTH JUDICIAL CIRCUIT,
and ANDREW A. BAIN, in his
official capacity as State Attorney

    Defendants.
_____/

## **NOTICE OF SUBSTITUTION OF LEAD COUNSEL**

Notice is hereby provided that undersigned counsel enters his appearance as lead counsel of record for Defendants, OFFICE OF THE STATE ATTORNEY FOR THE NINTH JUDICIAL CIRCUIT and ANDREW A. BAIN. Counsel requests that he be served with all future pleadings and correspondence in this cause at the address listed below.

                                        Respectfully submitted,

                                        ASHLEY MOODY
                                        ATTORNEY GENERAL

                                        */s/ Glen A. Bassett*
                                        Glen A. Bassett
                                        Special Counsel
                                        Florida Bar No. 0615676
                                        Office of the Attorney General

        The Capitol - Suite PL-01
        Tallahassee, FL 32399-1050
        (850) 414-3300
        Glen.Bassett@myfloridalegal.com

        Lead Counsel for Defendant

## **CERTIFICATE OF SERVICE**

 I HEREBY CERTIFY that a true and correct copy of the foregoing was filed with the Court's CM/ECF system, and thereby was served upon Plaintiff's Counsel via email on this 22nd day of November 2024.

        *Glen A. Bassett*
        Attorney