UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**KEISHA MULFORT,**

    **Plaintiff,**

v.   CASE NO.: 6:24-cv-1118-JSS-EJK

**STATE OF FLORIDA –
OFFICE OF THE STATE
ATTORNEY FOR THE
NINTH JUDICIAL CIRCUIT,
and ANDREW A. BAIN,
in his official capacity
as State Attorney,**

    **Defendants.**

_____/

## JOINT STIPULATION

The parties stipulate as follows:

1) Plaintiff dismisses her FMLA claims with prejudice;
2) Defendants withdraw their Motion for Partial Summary Judgment; and
3) The parties agree that there will be no further proceedings on FMLA claims or the filing of them.

Dated: March 10, 2025

| | |
|---|---|
| By: */s/ Steven G. Wenzel* | By: */s/ Robert E. Gregg* |
| **LUIS A. CABASSA** | **JAMES UTHMEIER** (FBN 113156) |
| Florida Bar Number: 0053643 | Attorney General |
| **STEVEN G. WENZEL** | **ROBERT E. GREGG** (FBN 577431) |
| Florida Bar Number: 159055 | Employment Law Manager |
| **HANNAH E. HORR** | **Glen A. Bassett** (FBN 0615676) |
| Florida Bar Number: 116011 | Special Counsel |

| | |
|---|---|
| **Wenzel Fenton Cabassa, P.A.** | **Office of the Attorney General** |
| 1110 N. Florida Avenue, Suite 300 | General Civil North |
| Tampa, Florida 33602 | The Capitol, PL-01 |
| Main No.: 813-224-0431 | Tallahassee, FL 32399-1050 |
| Direct No.: 813-379-2565 | Office: (850) 414-3300 |
| Facsimile No.: 813-229-8712 | Robert.Gregg@myfloridalegal.com |
| Email: lcabassa@wfclaw.com | **Attorneys for Defendants** |
| Email: gdesane@wfclaw.com | |
| *Attorneys for Plaintiff* | |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 10th day of March 2025, the foregoing was electronically filed with the Clerk of Court via the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Steven G. Wenzel*
**STEVEN G. WENZEL**