UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**KEISHA MULFORT,**

    **Plaintiff,**

v.                                 **CASE NO.: 6:24-cv-1118-JSS-EJK**

**STATE OF FLORIDA –
OFFICE OF THE STATE
ATTORNEY FOR THE
NINTH JUDICIAL CIRCUIT,
and ANDREW A. BAIN,
in his official capacity
as State Attorney,**

    **Defendants.**
_____/

## AMENDED[1] NOTICE OF MEDIATION

Plaintiff, **KEISHA MULFORT** hereby notifies the Court that mediation has been scheduled with **R. SCOTT CALLEN**, Certified Mediator at The Kullman Firm, 2915 Kerry Forest Parkway, Suite 101, Tallahassee, Florida 32309, Telephone Number 850-296-1953, to be held on **April 16, 2025, at 10:00 a.m. via Zoom.**

---

[1] Amended as of new date only.

Dated this 21st day of March, 2025.

                                          Respectfully submitted,

/s/ Luis A. Cabassa

**LUIS A. CABASSA**
Florida Bar Number: 0053643
**STEVEN G. WENZEL**
Florida Bar Number: 159055
**HANNAH E. HORR**
Florida Bar Number: 116011
**WENZEL FENTON CABASSA, P.A.**
1110 N. Florida Avenue, Suite 300
Tampa, Florida 33602
Main Number: 813-224-0431
Direct Dial: 813 379-2565
Facsimile: 813-229-8712
Email: lcabassa@wfclaw.com
Email: gdesane@wfclaw.com
**Attorneys for Plaintiff**

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 21st day March, 2025, the foregoing was electronically filed using the CM/ECF system, which will send a notice of electronic filing to the following parties.

Robert E. Gregg, Esq.
Glen A. Bassett, Esq.
Office of the Attorney General
The Capitol - Suite PL-01
Tallahassee, FL 32399-1050
Email: robert.gregg@myfloridalegal.com
Email: glen.bassett@myfloridalegal.com

                    **LUIS A. CABASSA**