UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**KEISHA MULFORT,**

    **Plaintiff,**

v.                                  **CASE NO.: 6:24-cv-1118-JSS-EJK**

**STATE OF FLORIDA –
OFFICE OF THE STATE
ATTORNEY FOR THE
NINTH JUDICIAL CIRCUIT,**

    **Defendant.**
_____/

**PLAINTIFF'S NOTICE OF RESOLUTION**

Pursuant to Local Rule 3.09(a) Plaintiff, KEISHA MULFORT, by and through undersigned counsel, hereby notifies the Court that the above-styled action against Defendant, STATE OF FLORIDA – OFFICE OF THE STATE ATTORNEY FOR THE NINTH JUDICIAL CIRCUIT, has been resolved.

Dated this 19th day of April, 2025.

                                          Respectfully submitted,

                                          _____
                                          **LUIS A. CABASSA**
                                          Florida Bar Number: 0053643
                                          **STEVEN G. WENZEL**
                                          Florida Bar Number: 159055
                                          **HANNAH E. HORR**
                                          Florida Bar Number: 116011

**WENZEL FENTON CABASSA, P.A.**
1110 N. Florida Avenue, Suite 300
Tampa, Florida 33602
Main Number: 813-224-0431
Direct Dial: 813 379-2565
Facsimile: 813-229-8712
Email: lcabassa@wfclaw.com
Email: gdesane@wfclaw.com
**Attorneys for Plaintiff**

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 19th day April, 2025, the foregoing was electronically filed using the CM/ECF system, which will send a notice of electronic filing to the following parties.

Robert E. Gregg, Esq.
Glen A. Bassett, Esq.
Office of the Attorney General
The Capitol - Suite PL-01
Tallahassee, FL 32399-1050
Email: robert.gregg@myfloridalegal.com
Email: glen.bassett@myfloridalegal.com

_____
**LUIS A. CABASSA**