**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

KEISHA MULFORT,

    Plaintiffs,

v.                                  Case No. 6:24-CV-1118-JSS-EJK

STATE OF FLORIDA – OFFICE
OF THE STATE OF ATTORNEY FOR
THE NINTH JUDICIAL CIRCUIT, AND
ANDREW A. BAIN, IN HIS OFFICIAL
CAPACITY AS STATE ATTORNEY

    Defendants.
_____

### PLAINTIFF'S MOTION TO REOPEN CASE

Plaintiff, KEISHA MULFORT, by and through her undersigned counsel, hereby files this Motion to Reopen Case for the reasons set forth below:

### SUPPORTING FACTS

1.    The Parties reached an agreement to fully resolve this matter.

2.    Pursuant to Local Rule 3.08(a), Plaintiff filed a notice of settlement on April 19, 2025. (Doc. 48).

3.    Per this Court's order entered on April 21, 2025, the Parties were directed to file either a stipulation of dismissal or move to reopen the case, upon good cause (Doc. 49).

4.    Pursuant to the terms of the Settlement Agreement and General Release, payment of the settlement proceeds was due on or about June 2, 2025.

5. As of the date of this motion, Defendant has failed to make timely payment.

6. Plaintiff asserts that this is a result of the State's processes and not in any way a matter of bad faith.

7. Accordingly, Plaintiff respectfully requests that the Court reopen this matter permitting time to collect the settlement proceeds.

## MEMORANDUM OF LAW

When an act may or must be done within a specified time, the Court may, for good cause, extend the time with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires. Fed. R. Civ. P. 6(b)(1).

The instant motion is brought before the expiration of the deadline for the Parties to file a stipulation of dismissal. Plaintiff respectfully suggests that cause has been shown for relief sought herein.

***WHEREFORE***, the Plaintiff moves for an entry of an order reopening the matter permitting time to collect the settlement proceeds.

### Certificate of Compliance with Local Rule 3.01(g)

The undersigned has conferred with counsel for Defendant regarding this motion. Defendant's counsel has indicated he opposes the relief sought herein.

Dated this 18th day of June 2025.

                Respectfully submitted,

                */s/ Steven G. Wenzel*
                **STEVEN G. WENZEL**
                Florida Bar Number: 159055
                Direct Dial: 813-223-6545
                **LUIS A. CABASSA**
                Florida Bar No.: 0053643
                Direct Dial: 813-379-2565
                **WENZEL FENTON CABASSA, P.A.**
                1110 N. Florida Avenue, Suite 300
                Tampa, Florida 33602
                Main Number: 813-224-0431
                Facsimile: 813-229-8712
                Email: swenzel@wfclaw.com
                Email: rcooke@wfclaw.com
                **Attorneys for Plaintiff**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 18th day of June 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF which will send a notice of electronic filing to counsel for all parties.

                */s/*
                **STEVEN G. WENZEL**