## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

KEISHA MULFORT,

      Plaintiffs,

v.                              Case No. 6:24-CV-1118-JSS-NWH

STATE OF FLORIDA – OFFICE
OF THE STATE OF ATTORNEY FOR
THE NINTH JUDICIAL CIRCUIT, AND
ANDREW A. BAIN, IN HIS OFFICIAL
CAPACITY AS STATE ATTORNEY

      Defendants.

_____/

## PLAINTIFF'S NOTICE TO WITHDRAW MOTION TO REOPEN CASE

      Plaintiff, KEISHA MULFORT, by and through her undersigned counsel,
notifies the Court that she hereby withdraws her Motion to Reopen Case [Doc. 51].
The State has fulfilled its obligations under the parties' settlement agreement and
reopening the case is no longer necessary or appropriate.

      Dated this 7th day of July, 2025.

                      Respectfully submitted,

                      */s/ Steven G. Wenzel*
                      **STEVEN G. WENZEL**
                      Florida Bar Number: 159055
                      Direct Dial: 813-223-6545
                      **LUIS A. CABASSA**
                      Florida Bar No.: 0053643
                      Direct Dial: 813-379-2565
                      **WENZEL FENTON CABASSA, P.A.**
                      1110 N. Florida Avenue, Suite 300
                      Tampa, Florida 33602
                      Main Number: 813-224-0431

Facsimile: 813-229-8712
Email: swenzel@wfclaw.com
Email: rcooke@wfclaw.com
**Attorneys for Plaintiff**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 7th day of July, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF which will send a notice of electronic filing to counsel for all parties.

*/s/ Steven G. Wenzel*
**STEVEN G. WENZEL**